# SPODEK LAW GROUP P.C.

85 Broad Street, 30th Floor New York, NY 10004 Tel: (212) 300-5196 Fax: (212) 300-6371
Email: info@spodeklawgroup.com  Web: www.spodeklawgroup.com

---

December 19, 2019

**BY ECF TO:**

The Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    United States v. Louis Bendel
               Docket No.: 17-cr-640 (JPO)
               Southern District of New York

Dear Judge Oetken:

     Please be advised that I represent Mr. Bendel in the above referenced action. On June 27, 2019 Mr. Bendel was sentenced to 3 years probation and a six (6) month curfew which I understand ends on December 28, 2019.

     On behalf of Mr. Bendel, I am respectfully requesting that Your Honor terminate his curfew one (1) week early on December 21, 2019. This will allow Mr. Bendel to spend the days leading up to the holidays, along with Christmas Eve (December 24, 2019), Christmas Day (December 25, 2019), and his birthday (December 27, 2019) without said curfew.

     I have spoken with AUSA Alexander Rossmiller, along with Mr. Bendel's Probation Officer Cristina Vigliotti and both have consented to early termination. I have also copied the both of them to this letter.

# SPODEK LAW GROUP P.C.

85 Broad Street, 30th Floor New York, NY 10004 Tel: (212) 300-5196 Fax: (212) 300-6371
Email: info@spodeklawgroup.com  Web: www.spodeklawgroup.com

Thank you for your consideration and happy holidays.

Sincerely,

**Spodek Law Group P.C.**

**/S/ Todd A. Spodek**

Todd A. Spodek

TS/az

cc:   All Counsel (By ECF)
U.S. Probation Officer Cristina Vigliotti (By Email to Cristina_Vigliotti@nyep.uscourts.gov)

**SO-ORDERED**

December 19, 2019

_____
J. PAUL OETKEN
United States District Judge